UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Docket No. 25-mj-30353 |
| YUNQING JIAN,<br>　　　　　Defendant. | ) ) ) ) | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of August 23, 2025, the address for undersigned counsel will be 2 Oliver Street, Suite 200, Boston, MA 02109.

Respectfully submitted,

_____
David Duncan (BBO #546121)
Zalkind Duncan & Bernstein LLP
2 Oliver Street, Suite 200
Boston, MA 02109
T: (617) 742-6020
F: (617) 742-3269
dduncan@zalkindlaw.com

Dated: August 10, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon all parties by electronic filing on the above date.

                                                  /s/ David Duncan  
                                                  David Duncan

Case 2:25-cr-20701-SKD-KGA   ECF No. 20, PageID.50   Filed 08/10/25   Page 2 of 2