UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

YUNQING JIAN,

        Defendant.
_____/

Case: 2:25−cr−20701
Assigned To : DeClercq, Susan K.
Referral Judge: Altman, Kimberly G.
Assign. Date : 9/17/2025
Description: INFO USA V. JIAN (AB)

VIOLATIONS: 18 U.S.C. § 371; 18 U.S.C. § 545; 18 U.S.C. § 1001(a)(2)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(Conspiracy to Commit Smuggling – 18 U.S.C. §§ 371, 545)

From on or about August, 2022, to on or about February, 2025, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, YUNQING JIAN, conspired and agreed with others, known and unknown, to commit an offense against the United States, namely smuggling, in violation of 18 U.S.C. § 545, and in furtherance of the conspiracy, and for the purpose of effecting its unlawful objectives, the defendant and other coconspirators, committed overt acts in the Eastern District of Michigan, Southern Division, and elsewhere, including, but not limited to, the following:

(1) In or about August, 2022, the defendant, YUNQING JIAN, sought advice from Zunyong Liu about how to hide seeds when going through airport security upon entering the United States.

(2) During January, 2024, the defendant, YUNQING JIAN, instructed an individual in the People's Republic of China to ship her plasmid DNA at her home address in Ann Arbor, Michigan. The defendant, YUNQING JIAN, instructed the individual how to hide the plasmid DNA in a book.

(3) On or about January 19, 2024, the individual shipped the plasmid DNA to the defendant, YUNQING JIAN, as instructed.

(4) On or about January 22, 2024, Customs and Border Protection officers intercepted this shipment from the PRC destined to the defendant, YUNQING JIAN, at her home address in Ann Arbor, Michigan. The shipment contained a used statistics book. Hidden inside the book was a plastic bag containing plasmid DNA.

(5) On or about July 27, 2024, Zunyong Liu arrived at the Detroit Metropolitan Airport on a flight from Shanghai, PRC. Hidden in Liu's backpack were clear plastic baggies with small clumps of reddish plant material that contained Fusarium graminearum, a type of fungi that can cause diseases in crops.

(6) On or about February 5, 2025, the defendant, YUNQING JIAN, made false statements to Special Agents from the Federal Bureau of Investigation

regarding Zunyong Liu's smuggling of Fusarium graminearum on July 27, 2024, and Liu's study of Fusarium graminearum at a University of Michigan laboratory in Ann Arbor, Michigan.

All of which constitutes a violation of Title 18, United States Code, Sections 371 and 545.

## COUNT TWO

(Smuggling – 18 U.S.C. § 545)

On or about January 22, 2024, in the Eastern District of Michigan, Southern Division, the defendant, YUNQING JIAN, knowingly imported merchandise contrary to law, namely the Plant Protection Act, 7 U.S.C. §§ 7701 – 7784, and the Federal Plant Pest Regulations, 7 C.F.R. §§ 330.100 – 330.207.

All of which constitutes a violation of Title 18, United States Code, Section 545.

## COUNT THREE

(False Statements – 18 U.S.C. § 1001(a)(2))

On or about February 5, 2025, in the Eastern District of Michigan, Southern Division, in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the United States government, the defendant,

YUNQING JIAN, knowingly and willfully made materially false statements to an agent of the Federal Bureau of Investigation, in that the defendant, YUNQING JIAN, stated that she was not aware that Zunyong Liu was planning to import Fusarium graminearum into the United States and that she had no knowledge that Fusarium graminearum had previously been present in the Molecular Plant-Microbe Interaction (MPMI) Laboratory at the University of Michigan in Ann Arbor, Michigan. In fact, the defendant YUNQING JIAN, then and there knew that Zunyong Liu had planned to import Fusarium graminearum into the United States and knew that Zunyong Liu had recently worked on Fusarium graminearum at the MPMI Laboratory.

All of which constitutes a violation of Title 18, United States Code, Section 1001(a)(2).


JEROME F. GORGON JR.
United States Attorney


s/ Michael C. Martin
Michael C. Martin
Assistant United States Attorney
Chief, Criminal Division


s/ Douglas C. Salzenstein
Assistant United States Attorney
Chief, Homeland Security Unit


s/ Kathryn E. Boyles
Kathryn E. Boyles
Special Assistant United States Attorney
Homeland Security Unit


Dated:   September 17, 2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number 2:25−cr−20701 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials: *KEB* |

**Case Title:** USA v. Yunqing Jian

**County where offense occurred :** Wayne/Washtenaw

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

   ____Indictment/____Information --- **no** prior complaint.
   ____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 25-mj-30353 ]
   ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 17, 2025
   Date

*Kathryn E. Boyles*
Kathryn E. Boyles
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9676
Fax:
E-Mail address: Kathryn.E.Boyles@usdoj.gov
Attorney Bar #: P79871

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.