

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
SEP 18 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

    Plaintiff,

v.

Yunqing Jian,

    Defendant.
_____/

Criminal No. 25-20701

Honorable

# DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, Yunqing Jian, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

- **Count One** – conspiracy to commit smuggling; up to 5 years' imprisonment and a maximum fine of up to $250,000;

- **Count Two** – smuggling of goods into the United States: up to 20 years' imprisonment and a maximum fine of up to $250,000;

- **Count Three** – false statements: up to 5 years' imprisonment and a maximum fine of up to $250,000.

                                               /s/ Yunqing Jian
                                               Yunqing Jian
                                               Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 9-18-2025

_____
Norman Zalkind (DD For)
Counsel for Defendant

_____
David Duncan
Counsel for Defendant

_____
James Gerometa
Counsel for Defendant