Your honor,

I want to apologize for the trouble I have caused to my employers, my colleagues and to the court. I did not intend any harm by bringing materials into this country needed for basic scientific research. I did not follow the rules because I was under pressure to proceed with research and produce results. The research was not to harm anyone, but instead to find ways to protect crops from disease. But I understand that I was wrong to do things this way.

I'm an ordinary girl who was born and raised in a small town of southwestern China, where most people are occupied working for a living, with a few who are longing for a bigger world. A "perfect" life for girls like me was expected to marry a local nice guy after high school or college and start our own family soon after. It seemed all right to me until high school. Ever since then, my English has been significantly better than most of my peers. Gradually, by watching American TV series and movies, a new and different world has emerged in my mind, which I desired to live in.

When I finally obtained the chance to study in the United States, I was thrilled. I made a lot of efforts in getting used to the customs, making friends with people from different countries, experiencing diverse cultures, cultivating my hobbies and devoting myself to science. On weekends, my friends and I would go fishing, hiking or throwing parties to share our hometown special food and cultures. In my leisure time, I was growing my interests in photography and calligraphy. Busy as the work days were, I felt fulfilled and satisfied, as I'm passionate about my research. My professors and colleagues view me as an organized, efficient, productive, reliable and talented researcher. Those were the best days in my life.

However, everything has fallen apart since 6/3/2025, the day I was arrested. It was beyond my imagination what serious consequences this event has caused to my career and to my family! From undergraduate school, becoming an academic researcher has been my career goal. I was fascinated by the process of scientific research, from observing, to proposing a hypothesis, testing the hypothesis and exploring the molecular mechanisms. Immersed in the excitement of science, I have published more than ten papers so far. I worked enthusiastically for years in this country and I have made great progress on my leading project (Evolutionary perspectives and functional insights of phytocytokine and receptor in plant immunity), and I first-authored a review article related to it. Due to my passion and dedication, I earned the chance to present my project, which was supposed to be published this September, to the whole MCDB (Molecular Cellular Developmental Biology) department during our annual retreat. In addition, I was given the opportunity to write another review article, as the first leading author, for a very impactful journal (Annual Reviews in Plant Biology). I spent months working on this review, and the day before my arrest, I emailed my professor: "I'll be working

on the final part-figures of the review from tomorrow". My professor also trusted me with mentoring two undergraduate and one graduate student in the lab. Everything seemed to be going in the right direction towards my career path. Overwhelmingly, my arrest and this case have caused inevitably damage to my career, which I have devoted 1/3 of my 33-year-old life to! It was a foolish thing for me to try to take the shortcut that has had such an effect on me and my colleagues. But the part that has tortured me the most is thinking about how heartbreaking and terrified my parents are. They are thousands of miles away and they don't speak any English. As their only child, I'm very close to my parents, and I used to call my mom every day to share our daily life. However, on that day I wasn't able to contact her at all. I couldn't even imagine how helpless and desperate she was! Another tragedy added even more sorrow to me and my family, especially to my parents. My grandpa passed away two days after my arrest. He influenced me significantly during my childhood- he was the only person on this planet called me "lazy bone". We had an agreement that he would wait for my return and we would chat like the old times. However, I lost him forever, with the unrecoverable deep regret that I wasn't able to see him for the last sight.

The publicity of this event and months of jail life have traumatized and reshaped me permanently. I wish I could still be the same person but with more strength and courage to restart my career and life again. I know that I'll not be able to do my work here in the U.S. ever again, and I regret that I have caused so much trouble. But I'm committed to continuing my work back home and I hope it will benefit everyone, both in my country and this country.

Regretfully, I have missed the whole summer, the best season in Ann Arbor. I want to see the fireflies, stars, moon, and enjoy the sunshine again. Sincerely, I hope not to miss any more precious time with my family. My mom has made plenty of plans, and they are all waiting for me to return home. The punishment for me has already been severe, and I therefore ask that you return me home as soon as possible.

Best regards,

Yunqing