# Letter to the Honorable Judge

**Dear Honorable Judge Susan K. DeClercq,**

   Greetings. We are the parents of Yunqing Jian (father, age 57; mother, age 56). At this moment, we are living in deep pain and anguish because of our only daughter. With the heaviest and most sincere hearts, we write this letter to you.

   Yunqing was born in 1992 in a remote mountain village in Sichuan, China. As our only child, she has always carried all of our love and hope. When she was young, she was in poor health and frequently fell ill. To pay for her medical treatment, we spent all our savings and even fell deeply into debt. Despite such hardship, we never once thought of giving up—our only wish was for her to grow up healthy.

   Fortunately, Yunqing has always been an exceptionally understanding and thoughtful child. By the age of 11—while other children were still clinging to their parents—she was already helping us wash clothes, cook, and take care of household chores. She even went to the fields with us to help with farm work, trying to ease our burdens. Watching her small body work so hard always filled us with both heartache and pride.

   From an early age, she knew that education was the only way to change her fate. She studied diligently, consistently ranked among the top of her class, and often received scholarships. With her scholarship money, she once bought us a heater so that we could feel her warmth and filial piety during the cold winter. Even after she went abroad, she continued to care deeply about our daily life, always preparing essential items for us and trying to ease our worries from afar.

   At school, Yunqing was known as an excellent student, respectful to teachers, hardworking, and eager to learn. To her classmates, she was kind, sincere, and always willing to help others. Her character and achievements have always been our greatest pride, and she was also seen as a role model throughout our village.

   When we learned in June that Yunqing had been arrested and imprisoned, it felt as though the sky had collapsed. Over the past months, we have been in a constant state of deep anxiety and fear. We cannot eat or sleep; we cry every day; our hair has turned almost completely white, and our

health has begun to fail. It is no exaggeration to say that the two of us now live like walking corpses.

Honorable Judge, Yunqing is the entire meaning of our lives—our only hope and the reason we continue to live. Without her, life has no meaning for us. We long for the day when she can return to us and our family can finally be reunited.

Thank you sincerely for taking the time out of your busy schedule to read this letter. We earnestly and respectfully beg that you don't condemn her to more time away from her family and country.

With deepest gratitude,

**Parents of Yunqing Jian**

October 2025

# 致尊敬的法官的一封信

## 尊敬的 Susan K. DeClercq 法官：

你好，我们是简韵晴的父母（父亲：57 岁，母亲 56 岁），此刻正深陷痛苦与煎熬之中，只因我们那唯一的女儿。我们怀着无比沉重且恳切的心情写下这封信。

韵晴于 1992 年出生在四川的一个偏僻山村，作为我们唯一的孩子，她承载着我们全部的爱与希望。在她小时候，身体不好，三天两头生病，为了给她治病，家里花光了所有积蓄，还欠下了不少外债。即便生活如此艰难，我们也从未想过放弃，只盼着她能健康长大。

非常幸运的是，韵晴从小就十分懂事。11 岁那年，别的孩子还在父母怀里撒娇，她就能帮我们洗衣做饭、收拾家务了，甚至跟着我们下地干农活，帮助我们减轻负担。看着她小小的身躯去做这些事情的时候，我们既心疼又欣慰。从小她就深知学习是改变命运的唯一途径，刻苦努力，成绩一直名列前茅，还常常获得奖学金。用她自己挣来的奖学金，给我们买了取暖器，让我们在寒冷的冬天感受到了女儿的温暖和孝顺。她也一直关注我们的日常生活，即使在国外期间，也一直给我们准备生活中的必需品，减轻我们的生活烦恼。

在学校里，韵晴是老师眼中的好学生，她尊重师长、勤奋好学；是同学们眼中的好伙伴，善良真诚、乐于助人。她的品德和学习，一直是我们的骄傲，也是整个村子的榜样。她是一个充满爱心与责任心的孩子。今年 6 月，当我们得知韵晴被逮捕入狱时，感觉天都塌了。这几个月来，我们一直处在深度的焦虑与担心之中，吃住难安，整天以泪洗面，头发几乎全白了，身体也出现了问题，毫不夸张地说我们老两口就像行尸走肉般地活着。

尊敬的法官，韵晴是我们生命的全部意义，也是我们活下去的唯一希望和动力。没有她，我们感觉不到任何生活的意义。我们盼望着她能早日回到我们身边，我们一家人能够重新团聚。

再次感谢你们在百忙之中阅读这封信，恳请你们能让韵晴早日回到我们身边。

此致

　　敬礼！


**简韵晴父母**

2025 年 10 月

## A Letter to the Honorable Judge

### Dear Honorable Judge Susan K. DeClercq,

Greetings. I am the maternal grandmother of Yunqing Jian. Because years of hard labor have left my fingers unable to write, this letter was written by Yunqing's mother as I dictated it. Every word in this letter comes from the depths of my heart.

I am nearly 80 years old. Yunqing's maternal grandfather is also 80 and has trouble hearing. Her paternal grandmother is 85 and completely deaf. We are all elderly now, our health is poor, and we understand that we do not have much time left in this world. This also means that our chances of seeing Yunqing again are becoming fewer and fewer. After learning about Yunqing's situation, we have been deeply worried about her. We long for her to return home as soon as possible, so that we can spend what little time remains with her.

At the beginning of 2025, Yunqing's paternal grandfather suddenly became gravely ill. His condition was very serious. However, because Yunqing was abroad at the time and under investigation, she was unable to return home to see him. In early June, when he learned that Yunqing had been arrested and imprisoned, he became extremely anxious and distressed. On June 6, 2025, he passed away. In his final moments, his greatest wish was to see Yunqing one last time—to have her safely return home to him. Sadly, that wish was never fulfilled. He left this world filled with longing and worry for his granddaughter.

Yunqing has always been a very sensible and frugal child. I used to call her my "little housekeeper." She is deeply filial—she would use her scholarship money to buy me medicine for my joint pain and clothing, and she would buy nutritional supplements for her grandparents. Even after going abroad, she continued to call us regularly to ask about our health and our lives. I think of my sweet granddaughter every day, and the pain of missing her cuts into my heart. I cry every day, and my eyesight has grown so poor that I can barely see.

When Yunqing was born, she weighed just over five pounds. She was very weak and often needed to see a doctor late at night. When I held her as a baby, I was always afraid to hold her too tightly, fearing I might hurt her. The first word she ever said was "Grandma." She said it three times in a row when she was only seven months old. She did not learn to walk until she was fifteen

months old. At that time, she loved to hum along to songs from The Legend of the White Snake, singing "la, la, la, la." She was such a clever and obedient child.

I still remember taking her to the market when she was about three years old. She reached into her clothes, pulled out fifty cents, and said, "I have money—I'll pay for Grandma." She didn't even know how much things cost, but her kindness and thoughtfulness moved me deeply. Even as a little child, she already knew how to care for others. Even just a month ago, she was still thinking about us and doing what she could to help.

Yunqing has always studied very hard. She has been diligent and determined in her studies, always achieving excellent results. When she encountered difficulties, I would tell her to be like those who survived the Wenchuan earthquake—never give up, keep going. She always promised me, "Grandma, I will. I'll keep going." And she truly did. She has always been the pride and role model of our entire extended family. She is our hope and our future, the one who gives meaning to our lives and the pillar that holds our family together.

These past months, I have been unable to sleep or eat properly. My heart feels heavy and suffocated with worry. My granddaughter is my daughter's lifeblood. I have only one daughter, and my daughter is my life. Every day, I think about my granddaughter—whether my eyes are open or closed, I see her. My days are numbered, and I sincerely hope that she can come home and reunite with us soon. The elderly in our family are running out of time to wait.

Finally, I humbly and sincerely beg you, Honorable Judge: good people deserve good fortune. I bow my head before you. Please, out of compassion for us elders, allow Yunqing to return home as soon as possible. I am still waiting for her to come home and call me "Grandma."

With deepest respect,

**Yunqing's Grandmother**

October 2025

# 致尊敬的法官的一封信

## 尊敬的 Susan K. DeClercq 法官：

  您们好，我是简韵晴的外婆，因为常年劳作导致手指不能写字，这封信是由我口述韵晴妈妈代我写，但每一个字都是我心里的话。我今年快 80 岁了，她外公 80 岁了，耳朵不好。她奶奶 85 岁，耳朵听不见。我们的年龄都大了，身体都不是特别好，也都明白自己未来的时间不会太多，能和韵晴见面的机会也更少了。最近知道了韵晴的事情之后，对她的情况也非常担心，非常渴望她能够尽快回到我们的身边，在未来不多的日子里面能和她多见面。

  2025 年初，韵晴的爷爷突发重病，病情严重。但因为韵晴当时正在国外，且正面临相关调查，未能及时回国探望老人。6 月初，爷爷得知韵晴被捕入狱的消息，心里非常着急和担心，最终在 2025 年 6 月 6 日，老人永远地离开了我们。在生命的最后时刻，爷爷最大的愿望就是能再见韵晴一面，希望韵晴能够平安的回到他身边。然而，这个愿望最终未能实现，他带着对孙女深深的思念与担忧离开了人世。

  韵晴是一个非常懂事的孩子，从小就很勤俭节约，我叫她为小管家。她很孝顺，总是利用自己的奖学金给我买一些关节疼痛的药和衣服，给她爷爷奶奶买营养品，即使远在国外，她也依然在坚持地定期给我们打电话，关心我们的生活。我每天想起我的乖孙女，都会割心割肝的痛，每天都以泪洗面，我的眼睛也快看不见了。

  我的孙女出生的时候才 5 斤多，身体一直都不好，经常半夜找医生，她小时候我抱她的时候都害怕抱重了伤到她。她第一次叫人的时候叫的是外婆，连叫了三声，那时她才 7 个月。她在一岁零 3 个月才学会走路，那时她听白蛇传里面的歌曲，她就会唱啦~啦~啦~啦。她很聪明听话，记得有一次我带她去赶集买东西，她就能够从衣服里面掏出 5 毛钱帮我付钱，并说：我有钱，我帮外婆付。那时她才 3 岁多一点点，根本不知道我要买的东西值多少钱，但是她的举动和心意让我非常感动，这么个小小的人就会如此的善良懂事。一个月前她都一直在为我们着想和付出。

  她从小学习用功，一直刻苦读书，成绩很好，不断努力直到现在。她曾经读到困难的时候，我就鼓励她说要像汶川地震的那些遇到困难的人那样，永不放弃，要加油。她也总是答应我说：外婆我会的，我会坚持的。她说到了，也做到了，而且做得很好。她是我们整个大家庭的榜样。她是我们的希望和未来，支撑着我们所有家人生活的意义，是我们的命脉和支柱。

　　在这几个月里，我夜夜睡不着，吃也吃不下去，心里堵得难受。我孙女是我女儿的命，我只有一个女儿，我的女儿也是我的命，我每天都想着我的孙女，闭着眼睛睁着眼睛都是她。我的日子也不多了，我盼望着她能够早日回家和我们团聚，我们家里的这些老人都快等不起了。

　　最后恳诚地请求法官：好人有好报，我给你们磕头了。希望你们看在我们老人的情分上，让她能够早日回家。我还等着她回家叫我外婆！

此致

　　敬礼！

**韵晴的外婆**

2025 年 10 月

4

## To the Honorable Judge Susan K. DeClercq

**Dear Judge DeClercq,**

My name is Rui Jian, and I am Yunqing Jian's cousin. I am 28 years old and currently work as a middle school mathematics teacher. At this difficult time, I am writing this letter with both a heavy heart and a hopeful spirit, hoping to help you understand who my cousin Yunqing truly is, and what she means to our family.

Although Yunqing is my cousin rather than my sister, our relationship has always been extremely close. We grew up together, and she has always treated me like a younger sister—guiding me, caring for me, and looking after me. We lived in the same village, and as a child, I would often go to her house to play. She would patiently teach me to write, read English words, and even lent me her extracurricular books. She was not only my playmate but also a guiding light in my growth.

From a young age, Yunqing has been exceptionally understanding, hardworking, and responsible. She always excelled in school but never showed arrogance. I remember her studying late into the night under a dim lamp, only to wake up early the next morning to help with household chores. She often said, "Only through education can we give our family a better life." That sentence has stayed with me ever since and inspired me to pursue my own studies diligently.

When I was in high school, I struggled greatly with mathematics. Even though Yunqing was studying at a university in another city, she often called to check on my progress. She would patiently help me analyze problems and teach me study methods. Once, when my grades hit a low point and I was feeling discouraged, she took the trouble to travel home just to comfort me. She told me, "Don't be anxious. As long as you keep trying, you will overcome it." Her words gave me great courage and renewed confidence.

Later, when I was admitted to a teachers' college, Yunqing had already gone abroad for further studies. Despite the distance, she frequently video-called me to ask about my studies and life. Whenever I faced difficulties, she was the first to encourage and support me. I remember being extremely nervous before my graduate school

interview—Yunqing stayed up late to practice with me over video and helped me calm my nerves. Thanks to her encouragement, I successfully completed my graduate studies and became a teacher.

Even now, after I have been teaching for several years, Yunqing still cares deeply about my work. She often recommends educational books to me and shares her insights. She once told me, "Being a teacher is a noble profession. You are not only teaching knowledge—you are shaping human character." Her words have had a lasting influence on me and remind me constantly of the responsibility I bear as an educator.

This is who Yunqing is: kind, sincere, and deeply responsible. She always treats those around her with warmth and respect, and her actions quietly inspire everyone she meets. She is the pride of our family and a role model for the younger generation in our village.

Since her legal troubles began, our entire family has been in deep distress. My uncle and aunt—her parents—have aged rapidly and cry almost every day. Seeing their sorrow has been heartbreaking. Yunqing is their only child and their greatest hope. Now, they miss her day and night, and their health has deteriorated. We are all deeply worried about them.

In my heart, Yunqing is a person of the highest moral character. She has always been someone her family and community can rely on—honest, diligent, and kind. We all long for the day when she can return home and be reunited with our family.

Thank you very much for taking the time to read my letter.

Sincerely,

**Rui Jian**

Cousin of Yunqing Jian

October 2025