# Yunqing Jian (蹇韵晴)

**Postdoctoral Associate**

Department of Molecular, Cellular, and Developmental Biology,

University of Michigan, Ann Arbor, 48109, MI, U.S.

Email: yqjian@umich.edu

## Education

2023/08-present  **Postdoc** Department of Molecular, Cellular, and Developmental Biology, University of Michigan, U.S.
2022/08-2023/07  **Postdoc** Department of Biochemistry & Biophysics, Texas A&M University, U.S.
2020/07-2022/07  **Postdoc** Plant Pathology, College of Agriculture and Biotechnology, Zhejiang University, China
2015/09-2020/06  **PhD**     Plant Pathology, College of Agriculture and Biotechnology, Zhejiang University, China
2011/09-2015/06  **BS**      Plant Protection, College of Agronomy, Sichuan Agricultural University, China

## Research Experience

2022/08-present **Postdoc,**
  Study the evolutionary perspective of peptides-receptor in plant immunity.

2015/09-2022/07 **PhD & Postdoc,**
  1. Investigation on the regulatory and virulence mechanisms of fungi in response to RNS and ROS during plant-pathogen interactions; 2. Exploration of the mechanisms of antifungal agents against fungi.

## Publications

1. **Yunqing Jian**[(#)], Zunyong Liu, Haixia Wang, Yun Chen, Yanni Yin, Youfu Zhao, Zhonghua Ma[(*)],  Interplay of two transcription factors for recruitment of the chromatin remodeling complex modulates fungal nitrosative stress response. *Nature Communications*, 2021, 12: 2576. *It was recommended as "Exceptional" by the Faculty of 1000.* $IF_5$=16.1
2. **Yunqing Jian**[(#)], Xia Chen, Keiwei Sun, Zunyong Liu, Danni Cheng, Jie Cao, Jianzhao Liu, Xiaofei Cheng, Liang Wu, Feng Zhang, Yuming Luo, Matthias Hahn, Zhonghua Ma[(*)], Yanni Yin[(*)], SUMOylation regulates pre-mRNA splicing to overcome DNA damage in fungi. *New Phytologist*, 2023, 237(6):2298-315. $IF_5$= 10.2

3. **Yunqing Jian**[(#)], Xia Chen, Temoor Ahmed, Qinghua Shang, Shuai Zhang, Zhonghua Ma, Yanni Yin[(*)], Toxicity and action mechanisms of silver nanoparticles against the mycotoxin-producing fungus *Fusarium graminearum*. ***Journal of Advanced Research***, 2021, 38: 1-12. *It was selected as highly cited paper in the top 1% of the academic field of Plant & Animal Science.* $IF_5$=11

4. **Yunqing Jian**[(#)], Zunyong Liu[(#)], Ping He, and Libo Shan[*] An Emerging Connected View: Phytocytokines in Regulating Stomatal, Apoplastic, and Vascular Immunity. ***Current Opinion in Plant Biology***, 2024, *Accepted*. $IF_5$=8.6

5. **Yunqing Jian**[(#)], Xia Chen[(#)], Haiqin Ma, Changpeng Zhang, Yuqin Luo, Jinhua Jiang*  Yanni Yin[(*)], Limonene formulation exhibited potential application in the control of mycelial growth and deoxynivalenol production in *Fusarium graminearum*. ***Frontiers in Microbiology***, 2023, 14:1161244. $IF_5$=5.1

6. Haixia Wang, Yun Chen, Tingjun Hou, Zhonghua Ma, **Yunqing Jian**[(*)], The very long chain fatty acid elongase FgElo2 governs tebuconazole sensitivity and virulence in *Fusarium graminearum*. ***Environmental Microbiology***, 2022, 24(11): 5362-5377. $IF_5$=5.2 *corresponding author*

7. **Yunqing Jian**[(#)], Ying Li[(#)], Guiting Tang, Xiaojuan Zheng, Muhammad Ibrahim Khaskheli, and Guoshu Gong[(*)], Identification of *Colletotrichum* species associated with anthracnose disease of strawberry in Sichuan Province, China. ***Plant Disease***, 2021, 105(10): 3025-3036. $IF_5$=4.8

8. **Yunqing Jian**[(#)], Won-Bo Shim, Zhonghua Ma[(*)], Multiple functions of SWI/SNF chromatin remodeling complex in plant-pathogen interactions. ***Stress Biology***, 2021, 1(1): 18.

9. Zunyong Liu[(#)], **Yunqing Jian**[(#)], Libo Shan[(*)], Disarm resistance: Fungal effectors target WAK alternative splicing variant for virulence. ***Cell Reports***, 2023, 42: 111939. $IF_5$=8.5

10. Huimin Wu[(#)], Lihao Wan[(#)], Zunyong Liu[(#)], **Yunqing Jian**, et al, Mechanistic study of SCOOPs recognition by MIK2-BAK1 complex reveals the novel role of *N*-glycans in plant ligand-receptor-coreceptor complex formation. ***Nature Plants***, 2024, *in revision.* $IF_5$=17.1

11. Zunyong Liu, **Yunqing Jian**, Yun Chen, Harold Kistler, Ping He, Zhonghua Ma[(*)], Yanni Yin[(*)], A phosphorylated transcription factor regulates sterol biosynthesis in *Fusarium graminearum*, ***Nature Communications***, 2019, 10(1228): 1-17. $IF_5$=16.1

12. **Yunqing Jian**[(#)], et al., The evolutionary conservation and divergence of SCREW-NUT recognition in Plant Immunity, *manuscript in preparation*.

[(#)] *first author,* [(*)] *corresponding author*