

**Kenneth M. Cadigan, Ph.D.**
Professor & Chair

November 3, 2025

Subject: Character reference for Dr. Yunqing Jian

Your Honor,

I am Professor and Chair of the of the Department of Molecular, Cellular, and Developmental Biology (MCDB) at the University of Michigan.  I have been on the faculty since 1998 and have served as chair of MCDB since 2019.  More importantly, my laboratory is on the same floor as the one where Dr. Jian worked from August 28, 2023 until August 27, 2025.  This has given me the opportunity to observe her work habits and on occasion we had informal conversations concerning her research project and future plans.  I always found her to be polite, well-liked by her peers and very focused on her research.

Dr. Jian's project explores the evolutionary relationships between a family of signaling proteins call SCREW's and their cognate receptors, the NUT family.  These proteins control the hydration status of plant leaves, which Dr. Jian's and her colleagues have demonstrated helps plants fight off various pathogens.  While this could have practical applications somewhere down the road, Dr. Jian's project is basic research: she wants to understand how these two gene families co-evolved in various plant species.  When Dr. Jian presented this work at a MCDB retreat earlier this year, I was very impressed, not only with the quality of her data, but also the large number of results she has obtained.  This fits with the dedication and strong work ethic that I have observed in Dr. Jian over the two years she worked in MCDB.

In our hallway conversations, she was focused on publishing her work, with the professional goal of running her own lab in an academic environment.  She is a kind person, and I do not believe she would ever do anything to cause anyone harm.

I also want to provide my professional opinion of what transpired in the summer of 2024, when Dr. Zunyong Liu attempted to bring DNA (spotted on filter paper) and four dried samples of *Fusarium graminearum* across the US border at Detroit Metro Airport.  My opinion is based on the information provided by the CBP agents who interviewed Dr. Liu and the FBI lab report.  The FBI lab sequenced nine DNA samples from the filter paper.  They are all circular DNAs called plasmids, which researchers commonly use in the laboratory to clone genes of interest.  Three (items 1-1, 1-2 & 1-3) were plasmids used to express genes in yeast – the *Fusarium graminearum* gene (2,484bp) of unknown function mentioned in the report is surely a gene called Arp9 (it is listed as 2,484 bp long in publicly available databases).  The Arp9 protein functions in the nucleus to regulate gene expression.  Likely these plasmids could be used for a yeast genetic two-hybrid screen (a specialized technique for identifying proteins that interact with a gene of interest – in this case Arp9).  These are standard molecular biology tools used in thousands of laboratories in the US and worldwide and as plasmids are non-biological by themselves (they need to be in a living cell to be active) they are subject to minimal regulation and are not considered dangerous.  Even if introduced into yeast, this is routine and only subject to standard laboratory regulations.

---

2256 Biological Sciences Building
1105 N. University Ave., Ann Arbor, MI 48109-1085

T:  734/764-7427   F:  734/615-6337
cadigan@umich.edu     lsa.umich.edu/mcdb

Please recycle 

The other six plasmids (item 1-5 to 1-10) contain the gene for a cell surface protein from *Triticum aestivum* (bread wheat), that FBI report referred to as a receptor-like protein kinase gene. There are many such genes in wheat and other plants, and they function as part of the plants immune system. These plasmids could be used to express the receptor-like protein kinase gene in various plants. Again, these non-biological DNAs are subject to minimal regulation and are not considered dangerous. If introduced into a plant, these plants would be subject to standard laboratory regulations. While I do not know the motivation for Dr. Liu to bring these plasmids with him, it likely involved some specific laboratory experiment to explore the relationship between Arp9 and this receptor in plant pathogen defense. I can see no scenario where such experiments would pose a risk to people or the environment.

The four fungal samples that were confiscated (items 3-6 in the FBI lab report) are almost certainly strains of *Fusarium graminearum* where the natural Arp9 gene was inactivated and Dr. Liu introduced a Arp9 gene fused to Green Fluorescent Protein (GFP). The report states that all four samples are:

*Chromosomal insertion that includes: (1) a Fusarium graminearum gene of unknown function modified to contain green fluorescent protein and (2) hygromycin and neomycin resistance (antibiotic resistance genes commonly used for selection)*

In 2021, Dr. Jian and Liu were co-authors on a paper (Nature Communications - https://doi.org/10.1038/s41467-021-22831-8) where they created a *Fusarium graminearum* strain where the neomycin gene was used to disrupt the natural Arp9 gene. This was done using the PH-1 strain of *Fusarium graminearum* (the most common strain of this fungus used in academic laboratories). In laboratory tests, this Arp9 mutant had greatly reduced pathogenicity in wheat. It is common practice in research labs interested in examining the molecular mechanisms of particular genes to reintroduce the gene into a mutant plant, typically with some modification that allows it to be better studied. In this case, I believe the reintroduced gene was Arp9 fused to GFP, which would allow Dr. Liu to visualize the location of Arp9 in cells (due to the intrinsic fluorescence of GFP). The FBI lab identified the hygromycin resistance gene in the fungal samples: this is a common marker for introducing genes into *Fusarium graminearum*.

This scenario is consistent with the information Dr. Liu provided to the CBP agents: he wanted to use the fluorescent microscope in the Molecular Plant-Microbe Interaction Laboratory that my colleagues Dr. Libo Shan and Ping He supervise at the University of Michigan (where Dr. Liu was previously employed). GFP fusions to genes of interest are a very common tool in molecular biology laboratories (including my own). Many times GFP fusion proteins are less active than the unaltered protein (if we are lucky they have a similar activity as the natural protein). I think this is an important point – the PH-1 strain with the natural Arp9 gene disrupted has greatly reduced pathogenicity. Strains containing a Arp9-GFP fusion gene might regain that pathogenicity, but at levels no more than the typical PH-1 strain used in many US research labs.

It is my opinion that the reagents that Dr. Liu tried to bring across the border were intended for basic research into the molecular mechanisms by which *Fusarium graminearum* infects plants. Researchers around the world study this with the goal of developing new fungicides to inhibit this fungus, to increase crop yields. Dr. Liu should not have attempted to circumvent the normal regulatory process for bringing plasmids and fungal samples into the US, and he shouldn't have involved Dr. Jian in his plans. But I firmly believe his only motivation was to try to squeeze in some experiments while he was visiting his girlfriend on vacation, to advance his academic career. A foolish decision, but not one with any ill intention, nor any credible threat to people or agriculture in our country.

Sincerely,

*[signature: Kenneth M. Cadigan]*

Kenneth M. Cadigan, PhD
Professor and Chair,
Department of Molecular, Cellular and Developmental Biology
Email: cadigan@umich.edu
Tel: 734-355-0548



**Erik Nielsen, PhD**
**Professor**
**5114 Biological Science Bldg**
**Tel: 1-734-764-1324**
**Email: nielsene@umich.edu**

Sept 15, 2025

The Honorable Susan K. DeClerq
U.S. District Court for Eastern Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

**RE: United States v. Yunqing Jian, 25 mj 30353 (E.D. Michigan)**

Your Honor,

I am writing to you in my capacity as Professor of the Department of Molecular, Cellular, and Developmental Biology at the University of Michigan to provide a character reference for Yunqing Jian. I have known Yunqing for just over two years, since she moved to the University of Michigan as a postdoctoral researcher in the lab Prof. Libo Shan, and I can attest to Yunqing's good character, responsibility, and reliability. Both Prof. Libo Shan, and Prof. Ping He, moved their existing research groups from Texas A&M university, and occupied research spaces adjoining my own laboratory in August 2023. As part of this move, Yunqing took desk and research bench that were directly next to my own research group. As a result, I have had significant personal interactions with Yunqing as well as other researchers in these two plant research groups.

Throughout the time I have known Yunqing, she has consistently displayed integrity, kindness, and helpfulness. As part of her research efforts in the laboratory of Prof. Libo Shan, Yunqing assisted a PhD student in my laboratory to investigate whether proteins involved in plant cell wall synthesis might also play roles in plant responses to plant pathogens. During these interactions, I found her to be unfailingly polite, helpful to both myself and my PhD student, and most importantly she went out of her way to assist us with these research questions even though these efforts were not directly related to her own research projects in the Shan laboratory. Yunqing has been a valued member of our plant research community here in the MCDB department, where she was respected by peers and research neighbors alike.

I am aware of the situation before the court and understand its seriousness. However, I would like to emphasize that I believe this behavior is out of character for Yunqing, and I fully believe she is aware of the significance of the actions for which she has been charged. I firmly believe that Yunqing has learned from this experience and is determined not to repeat any mistakes. I also worry about Yunqing's mental state during her continued incarceration. She is a young woman who has dedicated her life to a pursuit of research, and who in pursuit of this endeavor has moved to a foreign country to aspire to carry out these research aims at the highest academic levels. But this also leaves her particularly vulnerable, as she has limited community and emotional support as a foreign national in



this country. I worry about the toll her continued incarceration may be having on her emotional wellbeing and would beseech the court to weigh this carefully in their deliberations.

Based on my experiences with Yunqing Jian, I respectfully ask that you consider her character and positive contributions when making your decision. I am confident that with the court's leniency, she can continue to be a constructive and valuable member of our community.

Thank you for your consideration.

Respectfully,

*Erik Nielsen*

Erik Nielsen, Ph. D.
Professor of Molecular, Cellular and Developmental Biology
Director, BSB Plant Growth Facility
University of Michigan, Ann Arbor

# Letter to the Honorable Judge

**Dear Honorable Judge Susan K. DeClercq,**

Greetings. My name is **Zhonghua Ma**, and I am a professor at the College of Agriculture and Biotechnology at Zhejiang University. My research has long focused on the prevention and control of Fusarium head blight in wheat. I have served as Dr. Yunqing Jian's doctoral advisor since 2015. She successfully obtained her Ph.D. degree in 2020 and subsequently continued in my laboratory for two additional years as a postdoctoral researcher. Over these seven years of close collaboration, I have gained a deep and comprehensive understanding of her academic ability, research attitude, and personal character.

In terms of scientific research, Dr. Jian is diligent, conscientious, and intellectually sharp, with outstanding independent research capability. During her Ph.D. and postdoctoral studies, she independently undertook multiple projects on the discovery of bioactive substances for the control of wheat Fusarium head blight and the elucidation of their mechanisms of action. She consistently demonstrated strong skills in experimental design and scientific reasoning. Yunqing often proposed innovative research questions, actively tackled experimental challenges, and independently sought practical and effective solutions. She maintained a rigorous and meticulous approach to research, always showing a strong sense of responsibility and academic integrity. Her experimental data were recorded completely and accurately, and she consistently adhered to laboratory safety regulations.

Yunqing has made significant contributions to the study of Fusarium head blight control. She discovered that compounds such as nitric oxide and silver nanoparticles exhibit remarkable efficacy in suppressing Fusarium infection, providing new theoretical insights and potential applications for wheat disease control. Her research findings, published as first author in *Nature Communications*, *Journal of Advanced Research*, and other international journals, demonstrate her exceptional scientific talent and research potential. Furthermore, she has actively assisted me in supervising junior graduate students and has served as a corresponding author guiding a doctoral student

to publish a paper in *Environmental Microbiology*, reflecting her maturity and leadership as an independent researcher.

In daily life, Yunqing is sincere, humble, and kind-hearted, maintaining harmonious relationships with her colleagues and students. She is always willing to help others, often taking the initiative to guide younger lab members, earning widespread respect and affection. Her temperament is calm and balanced, and she demonstrates excellent self-discipline and resilience. When facing difficulties or setbacks in research, she remains composed, thoughtful, and proactive—embodying the perseverance and responsibility expected of an outstanding young scholar.

As her advisor, I have personally witnessed Yunqing's growth from a hardworking and inquisitive student into a mature and capable young scientist. She possesses not only solid academic foundations and professional ethics but also a sincere, kind, and upright character. I can state with full confidence that all of her scientific activities have been conducted purely for academic research purposes.

Based on my years of close mentorship and understanding of her character, I firmly believe that Dr. Yunqing Jian is a kind, responsible, and law-abiding young scholar devoted to science. She treats others with sincerity, pursues knowledge diligently, and has always conducted herself with honesty and integrity. I sincerely hope that the Court will take into consideration her academic background, good character, and consistent record of integrity, and grant her an opportunity to return to a normal life and resume her scientific career.

Through this letter, I wish to express my full trust and heartfelt support for Dr. Yunqing Jian.

Respectfully yours,


**Zhonghua Ma**

*Zhonghua Ma* (signature)

# To the Honorable Judge Susan K. DeClercq

**Dear Judge DeClercq,**

My name is Chao Zhang, and I earned my Ph.D. degree in the same research group where Dr. Yunqing Jian serves as a postdoctoral researcher. For two years, I had the unique privilege of knowing Dr. Jian both as my lab mate and as my roommate. This dual perspective—seeing her navigate the challenges of both our shared apartment and our shared laboratory—has given me a deep appreciation for a person whose kindness, integrity, and intellectual brilliance are unwavering.

Yunqing's thoughtfulness reveals itself most clearly in the countless small, daily acts of generosity that defined our shared life. An excellent cook, she would often prepare elaborate meals for herself and, without fail, make an extra portion for me, knowing the long hours I kept in the lab. She would pick up my packages on her way home, saving me a trip to the campus mailroom, and I still remember the time she bought medicine for me when I was ill—without being asked. Her care was practical, proactive, and deeply reassuring.

That same spirit of responsibility and generosity extends to her professional life. In the lab, Yunqing was entrusted with preparing common reagents and solutions for the entire research group—a task she performed with meticulous precision. In all my experience working alongside her, I have never known her to make a single error in concentration or sterility; her work set the gold standard for reliability. She was also the person everyone turned to for guidance. Always patient and approachable, she gladly helped students troubleshoot experiments, shared her own insights, and offered encouragement when others struggled. To Yunqing, knowledge was never something to be guarded—it was a gift to be shared.

At the core of it all is a truly exceptional scientific mind. As a postdoctoral researcher, Yunqing's work is foundational to our lab's progress. She has an outstanding

ability to design thoughtful and insightful experiments, and she readily helps others develop the same skill. Yet, her brilliance never overshadows others. In our lab meetings, she fosters collaboration by clarifying complex ideas and ensuring that everyone feels included, often giving credit to students whose ideas inspired her. Living with her, I have also seen the quiet dedication behind her excellence—the late nights spent reading literature, the patience to repeat experiments, and the persistence to pursue precision in every detail.

To know Yunqing Jian in both the personal and professional spheres is to witness true excellence in character and intellect. She is one of the most generous, responsible, and sincere people I have ever known. From the meals she shared to the reagents she prepared, everything she did reflected the same spirit of care and integrity. She has profoundly enriched the lives of those around her.

I respectfully ask that Your Honor consider these qualities as a reflection of who Yunqing truly is. She is a person of genuine kindness, humility, and moral strength—someone whose presence consistently uplifts others. I believe she will continue to contribute greatly to both science and her community.

Thank you for taking the time to read my letter.

Sincerely,

Chao Zhang

October, 2025

# Letter to the Honorable Judge

### Dear Honorable Judge Susan K. DeClercq,

My name is **Jun Liu**, and I am a Professor at the School of Life Sciences, Sun Yat-sen University, specializing in plant physiology. Since 2022, I have had the privilege of working with Dr. Yunqing Jian in the same laboratory at Texas A&M University. During those years, we developed not only a strong professional collaboration but also a deep personal friendship. Even after we began working at different institutions, we have continued to maintain this valuable connection. In my eyes-and in the eyes of many who know her-Yunqing is a person who approaches life with optimism, her work with diligence and precision, and her colleagues with warmth and respect.

Yunqing is a young scholar who combines scientific talent, teamwork, and personal integrity. During our time working together, we frequently discussed research strategies in depth. Her expertise and insights provided invaluable contributions to our projects. In one of my own studies, which involved protein structure prediction and analysis-a field outside my primary expertise-Dr. Jian not only guided me patiently in learning relevant software and data interpretation but also offered substantive assistance in key experimental steps, enabling me to successfully complete the project. In all aspects of collaboration, she demonstrated professionalism, reliability, and exceptional efficiency.

Beyond research, Yunqing was also highly engaged in laboratory affairs, always proactive and responsible. She earned the trust and respect of all her colleagues through her dedication and dependability.

Outside of work, she has been a trusted and caring friend in my personal life. When I first arrived in the United States, language barriers and cultural differences made daily life challenging, and for nearly two years I had rarely traveled beyond College Station. After Dr. Jian arrived, she took the initiative to organize group trips for friends and colleagues, helping us experience the richness of American culture and nature. She meticulously planned itineraries, accommodations, and activities. Under her thoughtful

organization, we traveled together to Big Bend National Park in West Texas to admire its vast deserts and canyons; drove along California's Highway 1, taking in the stunning scenery of the Pacific coast; and even went fishing in the Texas countryside and crabbing along the Gulf of Mexico. These journeys remain among my warmest and most unforgettable memories of my years in America.

We not only worked together in the lab but also often organized group dinners and celebrations. Yunqing was always enthusiastic, volunteering to take on responsibilities—shopping for groceries, preparing ingredients, cooking, and coordinating activities. Her energy and positivity lifted everyone's spirits and brought people together. To me, she was not only a capable collaborator in research but also a source of light and warmth in daily life.

Yunqing possesses strong independent thinking and an excellent sense of team cooperation. She listens attentively to others while expressing her own ideas with clarity and confidence. Over the years, our friendship and collaboration have often given me fresh perspectives and moral support. I have always believed that her unique combination of rationality and empathy, professionalism and warmth, resilience and kindness, makes her a person deeply respected and trusted by everyone who knows her.

Respectfully,

**Jun Liu**
Sun Yat-sen University

Your Honor,

My name is Dr. Brendan Mormile, and I am a plant scientist at an agricultural biotechnology company in Tampa, Florida. I have known Dr. Yunqing Jian since 2022, when we worked together in the Molecular Plant-Microbe Interactions Lab at Texas A&M University and later at the University of Michigan. Yunqing is a talented postdoctoral research fellow who became both a mentor and a close friend of mine over the years.

As a graduate student, I often turned to Yunqing for guidance. She patiently taught me molecular biology techniques and, even though English is not her first language, she explained complex terminology and methods in a way I could understand and apply. This guidance was crucial for my development as a scientist. Despite her own heavy workload, she never hesitated to pause and help a struggling colleague. I recall many times when she set aside her own experiments to troubleshoot with a student or simply offer words of encouragement. Her positive energy and kindness were a constant presence, and I credit her support as a major factor in helping me overcome stressful situations associated with working in a top-tier research environment.

In addition to her mentorship, Yunqing is a dedicated scientist who works tirelessly on her projects, regularly publishing in high impact scientific journals and making valuable contributions to the research community. Over the years, I came to know Yunqing not just as a colleague, but as one of my closest friends and confidants. Having interacted with her daily for years, I can confidently attest to her character. Yunqing is a thoughtful, loyal, compassionate friend who conducts herself with the utmost professionalism.

It is for these reasons that I was shocked to hear about the current allegations against her. From my direct experience, the behavior she is accused of is entirely inconsistent with her true character. The Yunqing I know is a responsible, hardworking, and ethical person who has devoted her career to advancing science and mentoring others. She is not a danger to society, and I believe she has already suffered greatly as a result of these circumstances.

I respectfully ask the Court to take these qualities into consideration and extend leniency in her case.

Sincerely,

*Bmormile*

Brendan W. Mormile, PhD

# To the Honorable Judge Susan K. DeClercq

**Dear Judge DeClercq,**

My name is Lin Zhou. I previously worked as a visiting scholar in the same laboratory as Dr. Yunqing Jian for some time. It is without hesitation that I attest to everyone what an exceptionally warm-hearted, cheerful, kind, and helpful individual she is---a woman with a truly golden heart.

Even though some time has passed since we parted, I remain deeply moved by the support Yunqing offered me in my personal life. I have never been the most confident or outgoing person, yet she would consistently greet me with a warm smile and offer heartfelt encouragement, saying, "Our Lin is such a lovely person, with a wonderfully infectious laugh. Lin is truly amazing!" During the COVID-19 pandemic, when I was unable to return home and felt particularly low, she repeatedly invited me to go fishing, to potluck dinners at her place, for walks in the park, and joined me in planning Christmas trips. Together, we created countless joyful and lighthearted memories in our daily lives and during travels, bringing much-needed sunshine and confidence into a difficult period. We even made an early promise to visit each other's hometowns someday to sample their local cuisines once her research was completed. Yunqing's admirable qualities are not merely a reflection of her kindness toward me---she is, by nature, a charismatic and radiant individual.

I also vividly recall her first group meeting upon joining the lab. With remarkable clarity of thought, a gentle tone, and intellectual depth, she shared her understanding of the ongoing work and raised insightful questions about details that warranted further exploration. Professionally, she demonstrated tremendous dedication. Fully aware of the intense competition and work pressure young people face in many Asian countries---where one must invest considerable time and effort to secure a promising future---she immersed herself wholeheartedly in her research. She also proactively took on communal lab duties, such as preparing shared reagents. Moreover, she was always generous in assisting her colleagues, whether it was lending a pot of Arabidopsis plants or

providing more labor-intensive support, such as helping refine research ideas and offering suggestions for manuscript revisions. Her consistent enthusiasm and the steady progress showcased during biweekly group meetings spoke volumes about her commitment and hard work.

There are many more stories from both our professional and personal interactions that I would like to share, to fully convey Dr. Yunqing Jian's admirable character: her diligence and sense of responsibility as an outstanding postdoctoral researcher, and her passion for life and genuine care for her friends as a young woman.

I sincerely hope that Your Honor may recognize Dr. Yunqing Jian's authentic and invaluable qualities through this testimony.

Thank you for taking the time to read my letter.

Sincerely,

Lin Zhou

November, 2025

Campos dos Goytacazes, Brazil. September 10, 2025.

**To whom it may concern,**

My name is Gabriel Quintanilha Peixoto, and I hold a Ph.D. in Bioinformatics, currently residing in Brazil. I first met Yunqing in August 2022 during an orientation session at Texas A&M University and soon after worked alongside her at the Molecular Plant-Microbe Interaction Laboratory, where I was based from August 2022 to August 2023. Over the course of that year, I came to know her both as a colleague and as a friend.

Yunqing stood out in our group for her diligence and precision. Her research presentations were always clear and methodical, reflecting the long hours she dedicated to ensuring accuracy and reliability in her work. She is a thoughtful and considerate person, with a warmth that made our lab a more welcoming place. I remember playing badminton with her and other Chinese colleagues, as well as enjoying picnics and lab lunches together in College Station. These moments showed not only her kindness but also how she brought people together outside of work.

Learning of her current circumstances has been deeply surprising to me, as it seems so at odds with the integrity and professionalism I witnessed daily. Yunqing has always carried herself with quiet determination and generosity, and I have no doubt she would approach this challenging time with the same grace.

I hope the court will take into consideration her consistent contributions to science in the United States of America, her good character, and the strong network of people who respect and care for her. I believe she would thrive if allowed to return to her community while awaiting trial, and I trust that leniency would be well placed in her case.

Sincerely,

**Gabriel Quintanilha Peixoto, Ph.D.**

Your Honor:

My name is Fausto Andrés Ortiz Morea, and I am an Associate Professor at the Universidad de la Amazonia in Colombia. I had the opportunity of working with Dr. Yunqing Jian as a postdoctoral researcher and Pew Latin American Fellow in the Laboratory of Molecular Plant–Microbe Interactions, led by Professors Ping He and Libo Shan. We were colleagues and collaborators in research projects focused on understanding how plant immunity is regulated by peptide signaling. I first met Dr. Jian when we both worked at Texas A&M University, and we continued our collaboration after the laboratory moved to the University of Michigan in 2023.

During the years I have known Dr. Jian, she has consistently impressed me as a dedicated, honest, and highly disciplined scientist. Her approach to research combines careful attention to detail with a remarkable persistence in solving problems. I recall teaching her how to analyze gene expression in plant roots using confocal microscopy, a complex technique that was initially new to her. Despite early challenges, she remained determined and worked late into the night and on weekends to master the method. Her persistence paid off, as she later achieved excellent, reproducible results that contributed meaningfully to our research.

In another instance, I was leading a project that required measuring MAP kinase activity in *Arabidopsis* roots after peptide treatments, a technically demanding experiment that needed great precision and patience. I asked Dr. Jian to assist with this specific technique, and she assumed the responsibility with remarkable professionalism. She repeated the assays many times until the data were consistent and reliable. Throughout this process, she demonstrated exceptional perseverance, responsibility, and scientific integrity.

From my personal and professional experience, I can say that she is a person guided by honesty, respect for others, and an evident sense of responsibility toward her work and community. Those who have worked with her, myself included, recognize her professionalism and integrity and maintain a sincere respect for her as a scientist and colleague.

Your Honor, I sincerely believe that Dr. Jian's character, strong work ethic, and commitment to ethical conduct make her a trustworthy individual who will continue to contribute positively to society. I respectfully share these observations for the Court's consideration in evaluating her request for release on bail.

Respectfully,

Fausto Andrés Ortiz Morea
Associate Professor
Universidad de la Amazonia
Florencia, Caquetá, Colombia
Email: fau.ortiz@udla.edu.co

# Character Reference for Yunqing

**Your Honour,**

My name is Junhyeok Kim, and I am a research professor at a university in South Korea. I am writing this letter to attest to the good character of Yunqing, whom I had the privilege of knowing as a postdoctoral research fellow at the University of Michigan for one year.

During our time together, Yunqing was an exceptionally cheerful, caring, and proactive individual. She consistently took the lead in helping others, demonstrating a bright and considerate nature combined with a strong sense of initiative. Her compassionate and selfless character meant that she was always ready to help people resolve their problems and share their concerns. Yunqing never hesitated to share her ideas and time with others, even when she was busy with her own work, because she was not motivated by personal gain.

As a researcher, she was meticulous and proactive in all her work, whether it was conducting experiments or tending to plants. Our conversations about research were always engaging and enjoyable. She was also a person of great warmth and generosity, never hesitating to share her own small portion of food with me and our colleagues during our daily lunches together.

The allegation that Yunqing would participate in violating the law is something I find incredibly difficult to reconcile with the person I knew. It is entirely inconsistent with the honest, law-abiding, and exemplary individual she always presented herself to be.

As her former colleague and current friend, I have no hesitation in stating my firm belief that Yunqing is a person of great value to society and a significant asset to the scientific community. She is honest and altruistic, and I am confident that she will use this difficult experience to reflect on her actions and grow into an even more positive and contributing member of society.

I believe the law serves to facilitate personal change, and I am certain that Yunqing is the kind of person who knows how to use such a life experience to better herself. I respectfully request that you consider leniency in her sentencing.

Thank you for your time and consideration.

Sincerely,

09.30.2025

Junhyeok Kim

Research Professor
University of Seoul

*Junhyeok Kim*

## Letter of Support for Yunqing

   I am Dongdong Ge and writing this letter to express my sincere support and understanding for Yunqing. I came to know her during our time together at Texas A&M University, where we worked as research colleagues. Through our collaboration and long-term interactions, I have developed a deep respect for her professionalism, integrity, and personal character.

   Yunqing is an exceptionally dedicated, meticulous, and passionate scientist. Her attitude toward research has always been one of responsibility and rigor. Whether in experimental design, data analysis, or manuscript preparation, she demonstrates both solid scientific training and genuine curiosity for discovery. She pursues science not for fame or personal gain, but out of a true love for knowledge and truth. She often worked late into the night to ensure the accuracy and reproducibility of her data—an effort that deeply impressed everyone who worked with her.

   In daily interactions, Yunqing is sincere, kind, and thoughtful. She is humble and generous in sharing her experience, always willing to help others without hesitation. She values teamwork over personal benefit, and treats her colleagues and students with great respect and compassion. Outside of research, she is calm, understanding, and approaches every situation with reason and empathy.

   I sincerely hope the court will recognize Yunqing's integrity and her genuine dedication to science. She is an honest, hardworking, and trustworthy individual, whose contributions to research and society should not be overlooked. I firmly believe that Yunqing will continue to uphold the highest standards of responsibility and professionalism in her future work.

Sincerely,

Dongdong Ge

11/05/2025