UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Case No. 25-cr-20701

Hon. Susan K. DeClercq

YUNQING JIAN,

      Defendant.
_____/

## GOVERNMENT'S NOTICE OF INTENT
## TO REQUEST JUDICIAL ORDER OF REMOVAL

Notice is hereby given to Defendant Yunqing Jian (the defendant) and to her attorneys of record, Norman Zalkind, David Duncan and James Gerometta, that, consistent with her agreement with the United States, upon the conviction and sentencing of the defendant for violations of 18 U.S.C. § 545 (smuggling goods into the United States) and 18 U.S.C. § 1001 (false statements), the United States of America shall request that the Court issue an Order of Judicial Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

1

        Respectfully submitted,

        JEROME F. GORGON JR.
        UNITED STATES ATTORNEY


        *s/Michael C. Martin*
        Michael C. Martin
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI   48226
        Phone: (313) 226-9100
        E-Mail: Michael.C.Martin@usdoj.gov

Dated: November 10, 2025


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

    Norman Zalkind, Attorney for Defendant
    David Duncan, Attorney for Defendant
    James Gerometta, Attorney for Defendant


        *s/Michael C. Martin*
        Michael C. Martin
        Assistant United States Attorney