UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

             Case No. 25-cr-20701

v.

             Hon. Susan K. DeClercq

Yunqing Jian,

     Defendant.

_____/

## CONCURRENCE OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

   Based upon consideration of the applicable law and the defendant's statement,

I hereby concur, on behalf of United States Department of Homeland Security, U.S.

Immigration and Customs Enforcement, Enforcement and Removal Operations, in

the United States Attorney's request that a judicial order of removal be granted

against the defendant.

K. Raycraft   Digitally signed by K. Raycraft
       Date: 2025.10.14 16:39:36 -04'00'
_____
Kevin C. Raycraft
Acting Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Detroit, Michigan